

**FILED**

JAN 2 3 2014

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>EMANUEL DEWITT<br><br>        Defendant | Criminal Case Number: 13 CR 3759 GT<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING FROM JANUARY 24, 2013 TO FEBRUARY 18, 2014** |

GOOD CAUSE HAVING BEEN SHOWN, this Court grants the above-entitled motion.

Thus, THIS COURT ORDERS that the sentencing hearing for Mr. Dewitt is hereby continued and reset from January 24, 2014 at 9:30 am to February 18, 2014 at 9:30 am due to scheduling conflicts and to allow Defense counsel to obtain necessary documents for the sentencing hearing. The Defendant, Mr. Dewitt is in custody.

IT IS SO ORDERED.

DATED 1-23-14



UNITED STATES DISTRICT JUDGE

13 CR 3759-GT